# Court of Appeals
# of the State of Georgia

ATLANTA,___January 13, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0001.  COTTRELL, INC. v. SPENCER et al.**

Ken and Sharon Spencer commenced this product liability action against Cottrell, Inc., to recover for injuries Ken Spencer received when he fell off the top level of a car hauler Cottrell manufactured.  The trial court denied Cottrell's motion for summary judgment, and we granted Cottrell's application for interlocutory appeal.

However, it now appearing that none of the criteria set forth in Court of Appeals Rule 30 (a) for granting interlocutory applications is present in this case, this appeal is hereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,_____* 01/13/2016 _____
 *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*